IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rashad, Wahid

Printed:  8/12/08

Case Number:  08 B 04176
Judge:  Hollis, Pamela S
Filed:  2/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  June 30, 2008
Confirmed:  June 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 750.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 701.25 |
| Trustee Fee: |  | 48.75 |
| Other Funds: |  | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 701.25 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 0.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | Indymac Bank | Secured | 1,500.00 | 0.00 |
| 7. | Indymac Bank | Secured | 10,061.86 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | 10,538.94 | 0.00 |
| 9. | Bank Of America | Secured | 2,890.91 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 2,881.27 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 7,973.53 | 0.00 |
| 12. | Merrick Bank | Unsecured | 2,008.89 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 324.59 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 2,459.77 | 0.00 |
| 15. | Capital One | Unsecured | 678.54 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 489.14 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 2,234.75 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 155.73 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 7,787.75 | 0.00 |
| 20. | Premier Bankcard | Unsecured | 401.41 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 692.14 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 485.51 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 5,791.45 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 1,740.90 | 0.00 |
| 25. | Plains Commerce Bank | Unsecured | 509.56 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rashad, Wahid

Printed:  8/12/08

Case Number:  08 B 04176
Judge:  Hollis, Pamela S
Filed:  2/23/08

| | | | |
|---|---|---|---|
| 26. Jefferson Capital Systems LLC | Unsecured | 1,151.10 | 0.00 |
| 27. TCF Bank | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 65,757.74 | $ 701.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 48.75 |
| | _____ |
| | $ 48.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: